1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                       WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE
8
9
10    UNITED STATES OF AMERICA,                    Case No. CR11-350RSL
11                   Plaintiff,
                                                   ORDER GRANTING JOINT
12            v.                                   MOTION TO CONTINUE
                                                   TRIAL DATE
13    MIGUEL CISNEROS,
14                   Defendant.
15
16         This matter comes before the Court on the parties' "Joint Motion to Continue Trial Date."
17    Dkt. # 100. Having considered the facts set forth in the joint motion, the defendant's knowing
18    and voluntary waiver, and the remainder of the record, the Court finds as follows:
19         1.      The Court adopts the stipulated facts set forth in the motion. Specifically, counsel
20    for Mr. Cisneros was recently appointed and has not had an opportunity to conduct an
21    investigation or interviews. The Court accordingly finds that a failure to grant a continuance
22    would deny counsel the reasonable time necessary for effective preparation, taking into account
23    the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).
24         2.      The Court further finds that such a continuance would serve the ends of justice;
25    that a continuance is necessary to ensure adequate time for defense investigation, effective trial
26    preparation, and an opportunity for defendant to benefit from these efforts; and that these factors
27    outweigh the best interests of the public and the defendant in a more speedy trial, within the
28    meaning of 18 U.S.C. § 3161(h)(7)(A).

1    3.    Defendant has signed a waiver indicating that he has been advised of his right to a

2  speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived

3  that right and consented to the continuation of his trial to a date up to and including February 19,

4  2018, Dkt. # 103, which will permit trial to start on February 5, 2018 per the parties' request.

5    IT IS HEREBY ORDERED that the trial date be continued from October 10, 2017, to

6  February 5, 2018.

7    IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to

8  December 21, 2017.

9    IT IS FURTHER ORDERED that the period of time from the current trial date of

10  October 10, 2017, up to and including February 19, 2018, shall be excludable time pursuant to

11  the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and

12  granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§

13  3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

14

15    DATED this 28th day of September, 2017.

16

17

18    _Mnt S Lasnik_
     Robert S. Lasnik
19    United States District Judge

20

21

22

23

24

25

26

27

28