THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CISNEROS,<br><br>Defendant. | NO. CR11-350RSL<br><br>[~~PROPOSED~~] ORDER TO SEAL DECLARATION OF KERRY SWENDT IN SUPPORT OF DEFENDANT'S REPLY TO MIGUEL CISNEROS'S EX-PARTE LETTER REQUESTING RELEASE AND ITS EXHIBITS |

THIS MATTER has come before the undersigned on the motion of the defendant, Miguel Cisneros, to file the Declaration of Kerry Swendt in Support of Defendant's Reply to Miguel Cisneros's Ex-Parte Letter Requesting Release and Exhibit A and B (Dkt. # 111), under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

ORDER TO SEAL DECLARATION OF KERRY SWENDT IN SUPPORT OF DEFENDANT'S REPLY TO MIGUEL CISENROS'S EX-PARTE LETTER REQUESTING RELEASE AND ITS EXHIBITS- 1
*USA v. Cisneros,* CR11-350RSL

MICHELLE PETERSON LAW, PLLC
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618

IT IS ORDERED that the Declaration of Kerry Swendt in Support of Defendant's Reply to Miguel Cisneros's Ex-Parte Letter Requesting Release and Exhibit A and B be filed under seal.

DONE this 21st day of November 2017.

*[signature]*
Honorable Judge Robert S. Lasnik
United States District Judge

Presented by:

*s/ Michelle Peterson*
Michelle Peterson Law, PLLC
Attorney for Miguel Cisneros

ORDER TO SEAL DECLARATION OF KERRY SWENDT IN SUPPORT OF DEFENDANT'S REPLY TO MIGUEL CISENROS'S EX-PARTE LETTER REQUESTING RELEASE AND ITS EXHIBITS- 2
*USA v. Cisneros*, CR11-350RSL

MICHELLE PETERSON LAW, PLLC
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618