|   |   |
|---|---|
|   | THE HONORABLE ROBERT S. LASNIK |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) NO. CR11-350RSL |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING DEFENDANT'S AMENDED REQUEST FOR TEMPORARY RELEASE |
| MIGUEL CISNEROS, | ) |
| Defendant. | ) |

THIS MATTER has come before the undersigned on the motion of the defendant, Miguel Cisneros, to order his temporary release to the United States Marshal Service to visit his sister who is currently hospitalized and on life support at the UW Medical Center Intensive Care Unit. The Court, having considered Defendant's Ex-Parte Letter Requesting Release, defense counsel's Joinder in Miguel Cisneros's Ex-Parte Letter Requesting Release, the United States' Response to Defendant's Motion Requesting Release, Defendant's Reply to Miguel Cisneros's Ex-Parte Letter Requesting Release, the

ORDER GRANTING DEFENDANT'S
AMENDED REQUEST FOR TEMPORARY
RELEASE- 1
*USA v. Cisneros,* CR11-350RSL
**MICHELLE PETERSON LAW, PLLC**
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618

Declaration of Kerry Swendt in Support of Defendant's Reply to Miguel Cisneros's Ex-Parte Letter Requesting Release and attached exhibits, Defendant's Notice of Change in Circumstances and Amended Request for Temporary Release, and the Declaration of Michelle Peterson in Support of Defendant's Notice of Change in Circumstances and Amended Request for Temporary Release and attached exhibit finds Defendant Miguel Cisneros may be temporarily released to the United States Marshal Service to visit his sister in the hospital.

IT IS ORDERED that Defendant Miguel Cisneros be temporarily released to the custody of the United States Marshal Service to visit his sister at the UW Medical Center Intensive Care Unit. Defendant's temporary release will be arranged by the United States Marshal Service. Mr. Cisneros or his family will reimburse the United States Marshal Service for the costs of transporting Mr. Cisneros to the UW Medical Center under their supervision at the rate of $65 per hour per deputy for two deputies. Mr. Cisneros will be returned to custody after the visit with his sister is complete.

DONE this 29th day of November, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
AMENDED REQUEST FOR TEMPORARY
RELEASE- 2
*USA v. Cisneros,* CR11-350RSL

**MICHELLE PETERSON LAW, PLLC**
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618