THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-350RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION CONTINUING PRETRIAL MOTIONS DEADLINE |
| MIGUEL CISNEROS, | |
| Defendant. | |

The court has considered the Stipulated Motion to Continue the Pretrial Motions Deadline, this proposed form of Order, and the records and pleadings already on file. It is therefore ORDERED that the motion to continue pretrial motions deadline is GRANTED. The Pretrial Motions deadline shall be continued to January 4, 2018. The trial date, February 5, 2018, remains.

DATED this 20th day of December, 2017.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DATE - 1
U.S. v. Cisneros, CR11-350RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970