UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR11-350RSL; CR17-314RSL |
| v. | |
| MIGUEL CISNEROS, | **ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED INDICTMENTS FOR TRIAL** |
| Defendant. | |

The Court has considered the (Dkt. 132) Unopposed Motion to Consolidate Related

Indictments in cases CR11-350RSL and CR17-314RSL for trial, this Order, and the records and

pleadings already on file.  It is therefore ORDERED that the (Dkt. 132) Unopposed Motion to

consolidate related indictments for trial is GRANTED.  The Clerk is directed to attach a copy of

the Indictment from CR17-314RSL as an Exhibit to this Order, docket it in CR11-350RSL and

list the named count of Failure to Appear after Pretrial Release as count 3.  Furthermore, the

Clerk is directed to administratively close case CR17-314RSL.  Future filings in these matters

should be made in CR11-350RSL only.

///

///

///

ORDER GRANTING UNOPPOSED MOTION
TO CONSOLIDATE RELATED
INDICTMENTS FOR TRIAL - 1

1       DATED this 17th day of January, 2018.

2

3

4                            Robert S. Lasnik

5                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING UNOPPOSED MOTION
TO CONSOLIDATE RELATED
INDICTMENTS FOR TRIAL - 2