THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-350RSL |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL |
| MIGUEL CISNEROS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant, Miguel Cisneros, to seal his Motion for Disclosure of Brady Information, the Peterson Declaration filed in support of the Motion and accompanying exhibits. Having considered the Motion and the response of the Government, the Court hereby SEALS the Motion, the Peterson Declaration and the attached Exhibits.

IT IS SO ORDERED.

DONE this 15th day of May, 2018.

ORDER ON MOTION TO SEAL- 1
*USA v. Cisneros*, CR11-350RSL

MICHELLE PETERSON LAW, PLLC
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618

_____
Honorable Judge Robert S. Lasnik
United States District Judge

Presented by:

*s/ Michelle Peterson*
Michelle Peterson Law, PLLC
Attorney for Miguel Cisneros

ORDER ON MOTION TO SEAL- 2
*USA v. Cisneros,* CR11-350RSL

MICHELLE PETERSON LAW, PLLC
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101
206.224.7618