The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MIGUEL ANGEL CISNEROS,<br><br>Defendant. | NO. CR16-330 RSL<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Based upon the Motion to Seal filed by the United States on January 11, 2018, and the reasons set forth therein, it is HEREBY ORDERED that:

The United States' Consolidated Response to Defendant's Response to Defendant's Motion for Disclosure and Cross-Motion in Limine to Exclude Improper Impeachment Evidence and the Declaration of Assistant United States Attorney Justin W. Arnold, filed January 11, 2018 in the above-captioned case, shall be sealed and remain sealed until further order of the Court.

//
//
//
//
//
//

[~~PROPOSED~~] ORDER TO SEAL
U.S. v. Miguel Angel Cisneros (CR11-350 RSL)- 1

DATED this 15th day of ~~January,~~ May 2018.

*signature*
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Justin W. Arnold*
JUSTIN W. ARNOLD
Assistant United States Attorney

[~~PROPOSED~~] ORDER TO SEAL
U.S. v. Miguel Angel Cisneros (CR11-350 RSL)- 2